**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| United States of America , <br><br> Plaintiff, <br><br> v. <br><br> Durwin Baker, <br><br> Defendant. | Case No. 95-cr-242-7 <br> Judge Robert W. Gettleman |

## ORDER

Status hearing on Special Report held on 5/10/2018. The Court orders a bench warrant to issue as a detainer for apparent violations of supervised release. Status hearing set for 11/7/2019 at 9:00 a.m.

(00:04)

Date: 5/10/2018

_____
United States District Judge
Robert W. Gettleman